# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: PE:24-M -00393(1) |
| (1) Daniel Lopez-Gameros<br>*Defendant* | § § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Trent Graham , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is, accordingly, ORDERED this 21st day of August, 2024.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Language Barrier
Disclosure

    (    )      Please note that at Initial Appearance your client was determined to have a possible language barrier.
                  Native language: _____