IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.  PE-24-MJ-393 |
| | ) | |
| DANIEL LOPEZ-GAMEROS | ) | |

## ENTRY OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

MARY STILLINGER, an attorney duly licensed to practice law in the United States District Court for the Western District of Texas, enters this, her appearance as counsel of record for Defendant, Daniel Lopez-Gameros, in these proceedings.

Respectfully submitted,

By: s/ Mary Stillinger
MARY STILLINGER
Texas Bar No. 19239500
401 Boston Avenue
El Paso, Texas  79902
(915) 775-0705
FAX: (915) 886-7178
E-mail: stillingergodinez@sglawpllc.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Duty AUSA Pecos

By: s/ Mary Stillinger